**Order entered May 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01052-CR

## RONALD TERRELL FLOYD, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F12-11185-M

## ORDER

The Court **REINSTATES** the appeal.

On March 17, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. We received the clerk's record on April 30, 2014. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel George Conkey; (3) Mr. Conkey timely requested preparation of the reporter's record; (4) Belinda Baraka is the court reporter who recorded the proceedings; and (5) Ms. Baraka explained the delay in filing the reporter's record was her workload. Because the Court has not yet received the reporter's record, we **DO NOT ADOPT** the finding that it will be filed by April 21, 2014.

We **ORDER** Belinda Baraka, official court reporter of the 194th Judicial District Court, to file the complete reporter's record, including exhibits, within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Belinda Baraka, official court reporter, 194th Judicial District Court, and to counsel for all parties.

/s/ DAVID EVANS
   JUSTICE